UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERY BAHAM | CIVIL ACTION |
| VERSUS | NO. 14-1970 |
| WARDEN JERRY GOODWIN | SECTION "N"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on March 18, 2015 (Rec. Doc. No. 21), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jeffery Baham's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 5th day of May, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE